■ In the Matter of MICHAEL KRICHEVSKY, Petitioner, v DEAN KUSAKABE et al., Respondents. [54 NYS3d 594]—Proceeding pursuant to CPLR article 78, inter alia, in effect, in the nature of prohibition to prohibit any further proceedings against the petitioner in the Family Court, Kings County, and application by the petitioner for leave to prosecute the proceeding as a poor person.

Ordered that the application for leave to prosecute the proceeding as a poor person is granted to the extent that the filing fee imposed by CPLR 8022 (b) is waived, and the application is otherwise denied as academic; and it is further,

Adjudged that the petition is dismissed, without costs or disbursements.

This Court does not have subject matter jurisdiction to entertain this proceeding (see CPLR 506 [b]; 7804 [b]). Leventhal, J.P., Hall, Hinds-Radix and Maltese, JJ., concur.